United States District Court for the Middle
District of Louisiana
File Number 3:20-cv-282

| | |
|---|---|
| Mark Anthony Spell, et al., Plaintiffs<br><br>v.<br><br>John Bel Edwards, et al., Defendants. | Notice of Appeal |

      Notice is hereby given that Mark Anthony Spell and Life Tabernacle Church, the plaintiffs in the above named case, hereby appeal to the United States Court of Appeals for the Fifth Circuit from the order granting Defendants' motions to dismiss on the 10th day of November, 2020, and the judgment entered on the 13th day of November, 2020.

/s/ Roy S. Moore
Roy S. Moore, ABA #6532R53R
*Attorney for Plaintiffs*
Foundation for Moral Law
1 Dexter Ave.
Montgomery, Alabama 36104
kayla@morallaw.org

/s/Jeffrey S. Wittenbrink
Jeffrey S. Wittenbrink, LSBA # 18511
*Local Counsel, Attorney for Plaintiffs with Foundation for Moral Law*
331 St. Ferdinand St.
Baton Rouge, LA 70802
225-308-6850
jwittenbrink@thelawyerbr.com