UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

MARK ANTHONY SPELL, ET AL.                                        CIVIL ACTION

VERSUS

JOHN BEL EDWARDS, ET AL.                                NO. 20-00282-BAJ-EWD

## ORDER

**IT IS ORDERED** that Defendant Governor John Bel Edwards' **Motion For Extension Of Time To File Responsive Pleadings (Doc. 113)** be and is hereby **GRANTED**. All Defendants shall file their supplemental responsive pleadings to Plaintiffs' First Amended and Supplemental Complaint not later than August 19, 2021. Defendants' responsive pleadings shall address the guidance set forth by the U.S. Court of Appeals for the Fifth Circuit in its July 6, 2021 Judgment and Mandate. (Doc. 112).

**IT IS FURTHER ORDERED** that Defendant John Bel Edwards' *Ex Parte* **Motion For Expedited Consideration Of Motion For Extension Of Time To File Responsive Pleadings (Doc. 114)** be and is hereby **DENIED AS MOOT**.

Baton Rouge, Louisiana, this 13th day of July, 2021

_____

**JUDGE BRIAN A. JACKSON**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**