UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

MARK ANTHONY SPELL, ET AL.

VERSUS

JOHN BEL EDWARDS, ET AL.

CIVIL ACTION

NO. 20-282-BAJ-EWD

AND

MARK ANTHONY SPELL, et al.

VERSUS

GOVERNOR JOHN BEL EDWARDS,
Individually and in his official capacity as
Governor of the State of Louisiana, ET AL.

CIVIL ACTION NO.

NO. 21-423-JWD-SDJ

## ORDER

Counsel having advised the Court that the above matters are related, (See Doc. 1, page 9 in Civil Action 21-423-JWD-SDJ),

**IT IS ORDERED** that Civil Action 21-423-JWD-SDJ, *Spell et al v. Edwards et al hereby reassig*ned from United States District Judge John W. deGravlles, United States Magistrate Judge Scott D. Johnson to **United States District Judge Brian A. Jackson** and **United States Magistrate Judge Erin Wilder-Doomes**.

Signed in Baton Rouge, Louisiana, on July 26, 2021.

_____
**JUDGE BRIAN A. JACKSON**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

_____
**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**