UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| MARK ANTHONY SPELL, ET AL.<br>Plaintiffs,<br><br>VERSUS<br><br>JOHN BEL EDWARDS, ET AL.,<br>Defendants. | Case No. 3:20-cv-00282-BAJ-EWD<br>Judge Brian A. Jackson<br>Magistrate Judge Erin Wilder-Doomes |

### DEFENDANT JOHN BEL EDWARDS'S MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED AND SUPPLEMENTAL COMPLAINT ON REMAND FROM FIFTH CIRCUIT

Defendant John Bel Edwards, Governor of the State of Louisiana, (the "Governor") moves this Court to dismiss the First Amended and Supplemental Complaint ("Amended Complaint") filed by Plaintiffs Mark Anthony Spell and Life Tabernacle Church (collectively "Plaintiffs") pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6). The Amended Complaint seeks a permanent injunction and damages against the Governor for restrictions imposed under various early Proclamations issued in response to the COVID-19 pandemic. Although the Amended Complaint mentions Proclamation Nos. 27 JBE 2020, 30 JBE 2020, 33 JBE 2020, 41 JBE 2020, and 58 JBE 2020 (collectively the "Challenged Proclamations"), the last of which expired on June 5, 2020, Plaintiffs do not seek injunctive relief or damages with respect to any specific order(s). The Court should dismiss the First Amended Complaint because (1) the Court lacks jurisdiction over Plaintiffs' claims for injunctive relief and relief under state law; (2) the Governor enjoys qualified immunity from Plaintiffs' claims for money damages; and, (3) alternatively, the Governor did not violate Plaintiffs' constitutional rights, under federal or state law, as a matter of law.

The Governor makes this motion, in particular, on the following grounds:

- Plaintiffs' claim for a permanent injunction is moot because the last of the Challenged Proclamations expired on June 5, 2020, and Plaintiffs' claim does not fall within the exception to the mootness doctrine for cases that are capable of repetition, yet evading review;

- The Governor has qualified immunity against Plaintiffs' claims for damages against him in his individual capacity because his COVID-related Proclamations did not violate any "clearly established" constitutional rights;

- The Challenged Proclamations did not violate Plaintiffs' rights under the First Amendment's Free Exercise Clause because they were neutral, generally applicable, and rationally related to a legitimate public policy or, alternatively, were narrowly tailored to serve a compelling state interest;

- The Challenged Proclamations did not violate Plaintiffs' rights under the First Amendment's Establishment Clause because they neither advanced nor inhibited religion and did not foster an excessive entanglement with religion;

- The Challenged Proclamations did not violate Plaintiffs' speech, assembly, or equal-protection rights;

- The Eleventh Amendment to the United States Constitution bars Plaintiffs' claims based on alleged violations of state constitutional and statutory law; and

- The Eleventh Amendment bars Plaintiffs' claim for injunctive relief against the Governor because he is not responsible for enforcing the Challenged Proclamations.

The Governor brings this motion pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure. The Governor bases this motion upon the accompanying Memorandum in Support of Motion to Dismiss First Amended and Supplemental Complaint on Remand from Fifth Circuit, the attached Appendix of Pre-*Roman Catholic Diocese* Cases Upholding State COVID-19 Restrictions, the complete files and records in this action, and such further argument as may be presented to this Court at any hearing on the motion.

Accordingly, Defendant John Bel Edwards respectfully moves this Court to dismiss the claims that Plaintiffs have pleaded against him in their Amended Complaint with prejudice pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6).

          Respectfully submitted,

          JEFF LANDRY
          Attorney General

          By: /s/ James M. Garner

| | |
|---|---|
| JACK M. WEISS (# 13340) | JAMES M. GARNER (# 19589), T.A. |
| *Lead Counsel* | DARNELL BLUDWORTH (# 18801) |
| Attorney at Law | JOSHUA S. FORCE (# 21975) |
| 5938 Laurel Street | CHRISTOPHER T. CHOCHELES (# 26848) |
| New Orleans, LA 70115 | **SHER GARNER CAHILL RICHTER** |
| Telephone/Facsimile: (504) 267-0637 | **KLEIN & HILBERT, L.L.C.** |
| Email: jack1656@gmail.com | 909 Poydras Street, 28th Floor |
| Special Assistant Attorney General | New Orleans, Louisiana 70112-1033 |
| | Telephone: (504) 299-2100 |
| MATTHEW F. BLOCK (# 25577) | Facsimile: (504) 299-2300 |
| Executive Counsel | Email: jgarner@shergarner.com |
| Office of the Governor |         dlbudworth@shergarner.com |
| Louisiana State Capitol |         jforce@shergarner.com |
| 4th Floor |         cchocheles@shergarner.com |
| Baton Rouge, Louisiana 70804 | Special Assistant Attorneys General |
| Telephone: (225) 342-7015 | |
| Email: matthew.block@la.gov | |

        Attorneys For Defendant
        GOVERNOR JOHN BEL EDWARDS