UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **MARK ANTHONY SPELL, ET AL.** | **CIVIL ACTION** |
| **VERSUS** | |
| **JOHN BEL EDWARDS, ET AL.** | **NO. 21-00423-BAJ-EWD** |

## ORDER OF CONSOLIDATION

Considering the unopposed **Motion to Consolidate (Doc. 12)** submitted by Defendant Governor John Bel Edwards, and upon finding that the above-captioned action arises from the same general facts, involves the same parties, and is at generally the same stage of litigation as the related action styled *Spell v. Edwards, et al.*, No. 20-282, also currently pending in this Section,

**IT IS ORDERED** that Defendant's Motion is **GRANTED**, and that the above-captioned action be and is hereby **CONSOLIDATED** for all purposes with *Spell v. Edwards, et al.*, No. 20-282.

**IT IS FURTHER ORDERED** that *Spell v. Edwards, et al.*, No. 20-282 be and is hereby **DESIGNATED** the lead case.

**IT IS FURTHER ORDERED** that the stay of discovery pending resolution of Defendants' motions to dismiss entered in the above-captioned action (Doc. 14) be and is hereby **AFFIRMED**, and shall apply with equal force and effect to the proceedings in *Spell v. Edwards, et al.*, No. 20-282.

**IT IS FURTHER ORDERED** that a copy of this Order Of Consolidation shall

be entered in the record of lead case *Spell v. Edwards, et al.*, No. 20-282.

    Baton Rouge, Louisiana, this 4th day of October, 2021

    _____
    **JUDGE BRIAN A. JACKSON**
    **UNITED STATES DISTRICT COURT**
    **MIDDLE DISTRICT OF LOUISIANA**